JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brenda Core, | Case No.: 2:20-cv-06104-RGK-RAO |
| Plaintiff, | *Hon. R. Gary Klausner* |
| v. | **[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
| John Jarrous, an Individual; Amal Jarrous, an Individual; and Does 1-10, | |
| Defendants. | Action Filed: April 7, 2020<br>Trial Date:    Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Brenda Core's ("Plaintiff") action against Defendants John Jarrous, and Amal Jarrous ("Defendants") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

IT IS SO ORDERED.

Dated:  August 19, 2020

*[signature: Gary Klausner]*

Hon. R. Gary Klausner
United States District Judge
Central District of California